**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **CARLOS DAVIS** | **CIVIL DOCKET 5:23-CV-0864** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **HEMMERSBACH U S LLC** | **MAGISTRATE JUDGE MARK L. HORNSBY** |

## JUDGMENT

For the reasons assigned in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc.42], having thoroughly reviewed the record including OBJECTIONS TO REPORT AND RECOMMENDATION [Doc. 43], and concurring with the findings of the Magistrate Judge under the applicable law;

IT IS ORDERED that Defendant's MOTION TO DISMISS [Doc. 38] is GRANTED and that all claims are DISMISSED WITH PREJUDICE for failure to state a claim on which relief may be granted.

THUS, DONE AND SIGNED in Chambers, this 1st day of November, 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE